People of the State of Illinois, Plaintiff-Appellee, v. Nelson L. Bonds, Defendant-Appellant.

Gen. No. 52,646. (Abstract of Decision.)

First District, Second Division.

April 1, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Haddad, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.